1082591

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JENNIFER BENNETT

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-120ML

RECEIVED
OCT 1_ 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JENNIFER BENNETT
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Robbery

in violation of Title 18 United States Code, Section(s) 2113(a)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

October 19, 2005, Providence
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 10/18/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Hal Wyant |
| DATE OF ARREST 10/25/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.