IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-120ML |
| | ) | |
| JENNIFER BENNETT | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE EMPANELMENT**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and advises the Court it has no objection to Defendant's Motion to Continue Jury Empanelment until February 2007.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of November, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defendant's Motion to Continue Empanelment, to the following:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903