FILED
NOV 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 05-120ML
)
JENNIFER BENNETT )

---

MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Jennifer Bennett, by and through her counsel, and moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for December 9, 2005, until the Court's February empanelment date. In addition, the accused moves this Court for the exclusion of a total period of 60 days under the Speedy Trial Act 18 USC § 3161(h)(8). In support of this motion, counsel states that he needs the additional time to develop a suitable attorney/client relationship with Ms. Bennett say as to be able to fully communicate with her.

The exclusion of a period of 60 days in this matter will allow for more complete and thorough discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial. Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

Granted.
Mary M. Lisi
USDJ 11/29/05

Respectfully submitted
Jennifer Bennett
By her attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to James Leavey, Assistant United States Attorney, on November 4, 2005.