UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-120ML |
| | ) | |
| JENNIFER BENNETT | ) | |

---

MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Jennifer Bennett, by and through her counsel, and moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for February 21, 2006, until the Court's March empanelment date. In addition, the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act 18 USC § 3161(h)(8).

In support of this motion, the defendant has indicated to counsel that she is requesting the additional time to hire a private attorney to represent her in this matter.

Respectfully submitted
Jennifer Bennett
By her attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to James Leavey, Assistant United States Attorney, on January 31, 2006.