UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-120ML |
| | ) | |
| JENNIFER BENNETT | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes the accused, Jennifer Bennett, by and through her counsel, and moves this Honorable Court to continue the sentencing in this matter presently scheduled for June 28, 2006. In support of this motion, counsel states that he will be on vacation from June 26 through and including July 3, 2006.

Respectfully submitted
Jennifer Bennett
By her attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this motion to be delivered to James Leavey, Assistant United States Attorney, on April 5th, 2006.