# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 05-120ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **JENNIFER BENNETT**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **20th** day of **June, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

*****RESCHEDULED from 6/28/06*****

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: April 13, 2006.

David A. DiMarzio, Clerk

Sentencing Hearing

***By*** Barbara Barletta
***Barbara Barletta - Deputy Clerk***