UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR05-0120-01ML
)
JENNIFER BENNETT )

## MOTION TO CONTINUE SENTENCING

Now comes Jennifer Bennett, the Defendant in the above captioned matter, by and through her counsel, and moves this Honorable Court to continue her sentencing from June 20, 2006, for a period of 30 days. The Defense requests this continuance to complete its evaluation and investigation of Ms. Bennett's mental health and treatment. The government has no objection to this motion.

Respectfully Submitted
Jennifer Bennett,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

## Certification

I hereby certify that I caused this motion to be delivered to AUSA James H. Leavey, 50 Kennedy Plaza, 8th Floor, Providence 02903 ~~and to~~ USPO Heather McLoughlin, 36 Exchange Terrace, Providence 02903 on this the 22nd day of May, 2006.