UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR05-0120-01ML
)
JENNIFER BENNETT )

---

## MOTION TO CONTINUE SENTENCING

Now comes Jennifer Bennett, the Defendant in the above captioned matter, by and through her counsel, and moves this Honorable Court to continue her sentencing from July 26, 2006, for a period of 30 days. The Defense requests this continuance to complete its evaluation and investigation of Ms. Bennett's mental health and treatment. Additionally, defense counsel will be court excused from August 8 to 18, 2006, for medical reasons. The government has no objection to this motion.

Granted.
Mary M. Lisi
USDJ 7/20/06

Respectfully Submitted
Jennifer Bennett,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

## Certification

I hereby certify that I caused this motion to be delivered to AUSA James H. Leavey, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Heather McLoughlin, 36 Exchange Terrace, Providence 02903 on this the 17th day of July, 2006.