UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0120-01ML |
| | ) | |
| JENNIFER BENNETT | ) | |

SUPPLEMENT TO OBJECTION TO PRESENTENCE REPORT

Now comes Jennifer Bennett, the Defendant in the above captioned matter, by and through her counsel, and supplements her prior objection to the career offender designation in her presentence report.

On August 11, 2004, Providence Police arrested Ms. Bennett for possession of cocaine. *See* attached complaint. She appeared before Judge McGuirl in Providence Superior Court on September 1, 2004, and pled nolo contendere to possession of cocaine (case #P2-2004-2727A). *See* attached plea form.[1] She received a sentence of 90 days at the ACI followed by 33 months suspended with probation. *Id*. The Superior Court clerk's office subsequently issued an incorrect judgment which listed the offense as possession with intent to deliver cocaine.

On June 7, 2006, Judge Lanphere of the RI Superior Court heard a motion by the RI Public Defender on Ms. Bennett's behalf to correct the judgment. *See* attached docket/clerk note and copy of motion. Judge Lanphere granted the motion. The note at the bottom states: "Judgement should read to amended charge poss c/s (possession of a controlled substance) - not poss w/int deliver (possession with intent to deliver) generate new judgment." Docket/clerk note (parenthetical added). The clerk's office has not corrected judgment as of this filing. Also, Judge Lanphere is on vacation until September 5, 2006, and may not address this issue before sentencing.

[1]The plea form also lists the maximum penalty for the offense in block #4 as three years incarceration. That penalty corresponds to a simple possession of a controlled substance; a possession with intent to distribute a controlled substance carries up to 30 years in prison.

Respectfully Submitted
Jennifer Bennett,
By and through her counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4281
kevin_fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to James Leavey, Assistant United States Attorney, on August 29, 2006.

/s/ Kevin J. Fitzgerald