STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

| | | |
|---|---|---|
| DISTRICT COURT NO. 2004 015934 | COURT DIVISION 6th District | POLICE NO. 04-102551 |
| STATE EX REL | VS. DEFENDANT (NAME AND ALIAS) Jenifer Bennett John/Jane Doe, | |
| DEFENDANT ADDRESS AND PHONE 135 NPA | | |
| DEF. D.O.B. 2/8/80 | DEF. BCI NO. | DEF. SOC. SEC. NO. / DEF. M.V. LIC. NO. |
| OFFENSE DATE 8/11/04 | DIVERS DATE ☐ | OFFICER/COMPLAINANT Ptlm. R. Aspinall |
| POLICE DEPT./COMPLAINANT ADDRESS Providence Police Department | | |

| | |
|---|---|
| DETERMINE ATTY DATE 8/18/04 | PRE TRIAL DATE |
| PRE-ARRAIGN CONF DATE 10/13/04 | TRIAL DATE |
| SUPERIOR CT ARRAIGN DATE 10/28/04 | MISC DATE/BAIL HRG/CONT |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT X [signature] DATE 8/11/04 SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE X [signature] DATE 8/11/04

INITIAL APPEARANCE

APPEARANCE DATE | BAIL FOR ALL COUNTS $ | ARRAIGNMENT DATE | JUSTICE OF THE PEACE

ARRAIGNMENT

ARRAIGNMENT DATE 8/11 | ADVISED OF RIGHTS ☑ YES ☐ NO | JURY TRIAL WAIVED ☐ YES ☐ NO | PLEA COUNT 1 NG | PLEA COUNT 2 | PLEA COUNT 3

BAIL FOR ALL COUNTS $ 5000 | ATTORNEY NAME [signature] | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X

COUNT 1 STATUTE(S) VIOLATED 21-28-4.01(A)(2)(A) ☒ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

**Jenifer Bennett John/Jane Doe, did unlawfully with intent and knowledge possess a controlled substance to wit: Cocaine as set forth in schedule II of 21-28-2.08 of the General Laws of RI as amended, in violation of 21-28-4.01 (C)(1)(A) of the General Laws as amended, on to wit: 8/11/04**

DISPOSITION
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______
SENTENCE IMPOSED
PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

COUNT 2 STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______
SENTENCE IMPOSED
PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

COUNT 3 STATUTE(S) VIOLATED ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______
SENTENCE IMPOSED
PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

VICTIM(S) NOTIFIED ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
VICTIM(S) APPEARED ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
CASE TYPE ☐ DOMESTIC VIOLENCE
IMMEDIATE APPEAL TAKEN DATE JUDGE X
ADDITIONAL COUNTS ATTACHED ☐