# REQUEST TO ENTER PLEA OF NOLO CONTENDERE OR GUILTY
## SUPERIOR COURT

| 1. STATE OF RHODE ISLAND VS. Jennifer Bennett | 2. CASE NO. 62-2004-15034 P2-2004-2727 |
|---|---|
| 3. CHARGES Possession of Cocaine | 4. PENALTY 3 years |

I, the above named defendant, do hereby request Court permission to withdraw my present plea of **Not Guilty** and to enter a plea of **Nolo Contendere or Guilty**. I understand the plea of **Nolo Contendere** is for all purposes the same as a plea of **Guilty** and that I will be admitting sufficient facts to substantiate the charge(s) which has (have) been brought against me in the case to which this plea relates. I understand by changing my plea I will be giving up and waiving each and all of my rights as follows:

1. My right to a trial by jury or by a Judge, sitting without a jury, and my right to appeal to the Supreme Court from any verdict or finding of guilt.
2. My right to have the State prove each and every element of the charge(s) against me by evidence and proof beyond a reasonable doubt.
3. My right to the presumption of innocence.
4. My privilege against self-incrimination.
5. My right to confront and cross-examine the State's witnesses against me.
6. My right to present evidence and witnesses on my own behalf and to testify in my own defense if I choose to do so.
7. My right to appeal to the Rhode Island Supreme Court from the sentence imposed by the Court after the entry of my plea of **Nolo Contendere or Guilty**.
8. My right to have the Court obtain and consider a pre-sentence report before the imposition of sentence by the Court.

04 SEP -2 AM 9:42 HENRY S. KINCH FILED

No promises have been made to me by my Attorney, the State's Attorney, or the Court, other than the fact the Court has agreed to impose the following sentence in addition to whatever money costs are imposed by law.

5. SENTENCE

nolo 3 years ACI 90 days to serve balance of 2 years 9 months suspended/probation retroactive to 8/11/04

32(f) → Continued on same sentence

I understand if the Court imposes the sentence referred to above, I will not be permitted to withdraw my plea of **Nolo Contendere or Guilty** except by permission of the Court.

**I UNDERSTAND THAT IF I AM A RESIDENT ALIEN, A SENTENCE IMPOSED AS A RESULT OF MY PLEA MAY RESULT IN DEPORTATION, EXCLUSION OF ADMISSION TO THE UNITED STATES, AND/OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES, AND THAT THIS COURT WILL HAVE NO CONTROL OVER THOSE PROCEEDINGS.**

I have discussed the entire contents of this form with my Attorney, who has explained it to me. I have no questions as to what it states or what it means, and I understand it completely. I swear to the truth of the above.

| 6. WITNESS (Attorney for the Defendant) Date 9/1/04 | 7. DEFENDANT Date 9/1/04 |
|---|---|
| Signature Joseph E. Dwyer | Signature Jennifer Bennett |
| Print Name Joseph E. Dwyer Reg. # 6273 | Print Name JENNIFER BENNETT |

L1 (REV. 01/04) (CERTIFICATE OF JUDGE ON REVERSE SIDE)