STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE COUNTY SUPERIOR COURT

STATE OF RHODE ISLAND

vs. P2-2004-2727A

JENNIFER BENNETT

# MOTION TO CORRECT RECORD

Now comes Jennifer Bennett, the Defendant in the above captioned matter, and moves this Honorable Court to correct the Judgement of Conviction and Commitment entered in this case. The City of Providence charged Ms. Bennett by complaint of possessing cocaine on August 11, 2004, under RIGL § 21-28-4.01(c). *See* attached complaint. This is the *simple* possession part of the statute. Ms. Bennett waived information in this case and pled to the charge of possession of cocaine on September 1, 2004. *See* attached nolo contendere plea form. Unfortunately, the conviction order entered on September 23, 2004, incorrectly states the conviction as one for manufacture, delivery, or possession with intent to deliver cocaine. See attached Judgement of Conviction and Commitment. That greater offense is covered by RIGL § 21-28-4.01(a). Ms. Bennett asks that the court correct the record and issue a new conviction order.

Respectfully submitted,
Jennifer Bennett
By her Attorney,

____________________________
Lara Ewens,
Assistant Public Defender

TO: Clerk of the Court:
Please put this motion down for hearing on ____________, 2006.

## CERTIFICATION

I hereby certify that on __________, 2006, I delivered a copy of said motion to the Clerk of the Court and sent a copy to Assistant Attorney General ____________________, 150 South Main Street, Providence, RI, 02903.

____________________________