STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT

SUPERIOR COURT

CORRECTED; DATE: TIME:

☐ PROVIDENCE / BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. DEFENDANT: Jennifer Bennett ☐ APPEARS ☐ DOES NOT APPEAR D.O.B. 2-8-80

DEFENDANT ADDRESS ☐ SAME ☐ CHANGE OF

CASE NO. P2-04-2727A | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 1005462 | ACTION DATE 6-7-06

PROSECUTOR: Krasnmas JUDGE: [illegible] CLERK:

DEFENDANT'S ATTORNEY FIRST: LAST:

☐ PRI PRIVATE ☐ PDF PUB. DEFNDR ☐ CRT COURT APPNTD ☐ PRO PRO SE ☐ EOA ENTRY OF APRNCE FILED

2. PROCEEDING(S):

☐ PAC PRE-ARRAIGNMNT CONF. ☐ ARR ARRAIGNMNT ☐ DAT DET. ATTY ☐ BAH BAIL HRG
☐ BRV BAIL RVW ☐ IDH IDNT. HRG ☐ COH COMPTNCY HRG ☐ COR COMPTNCY RPT ☐ VIO PRESNT AS VIOLATR
☐ WAR WARRNT CANC ☐ VPR VIOL OF PR ☐ VBL VIOLATN OF BAIL ☐ DIS DISPOSITN ☐ PTC PRE-TRIAL CONF.
☐ TRI TRIAL ☐ SEN SENTNCING ☐ EOS EXECUTN OF SENT ☐ VIH VIOLATN HEARING ☐ SOV SENT ON VIOLATN
☐ PRV PROBATN RVW ☐ PRG PROGRESS RPT ☐ RVW REVIEW ☐ ADV ADVSMNT OF SUPREME COURT DECISION
☐ MOT MOTION(S) ☐ STC STATUS CONF. ☐ CRV COST RVW ☐ RRV RESTITUTION RVW ☐ OTHER SO

☐ DEFENDANT/STATE MOTION TO/FOR vacate Correct Judgment ☒ GT GRANTED ☐ DN DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ____ ☐ GT GRANTED ☐ DN DENIED

3. PLEA AT INITIAL ARRAIGNMENT: ☐ ANG NOT GUILTY ☐ GUILTY ☐ RPD REFERRED TO P.D. ☐ PNI PRETRIAL NOTICE ISSUED ☐ NOLO CONTENDERE ☐ DI REFERRED TO DIVERSION

CONTINUED FOR/TO: 7/13 BEFORE JUDGE: TIME:
CONTINUED DATE: [illegible] REASON: [illegible]
PARTY REQUESTING CONTINUANCE: ☐ C COURT ☐ S STATE ☐ D DEFENSE ☐ M MUTUAL AGREEMENT

| 4. BAIL STATUS | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ PR PERSONAL RECOG. | | | |
| ☐ SU SURETY ☐ CS CASH | | | |
| ☐ NB HELD WITHOUT BAIL | | | |
| ☐ MO HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL ____ | | | |
| ☐ OTHER HOLDS ____ | | | |

☐ COMMITTED ☐ REMANDED TO: ☐ AC ADULT COREC. INST. ☐ IM INST. MNTL. HLTH. ☐ WD WOMEN'S DIV.
☐ CHW CONTINUED HELD WITHOUT BAIL ☐ WBC FOR WANT OF BAIL ☐ OTHER INSTN: ____

☐ WI WARRANT ISSUED
☐ WR WARRANT RECALLED AND CANCELED
☐ WC WARRANT CANCELED
☐ WRO WARRANT OUTSTANDING ON CASE NO. ____

☐ VRP VIOLATION REPORT FILED
☐ VRW VIOLATION WITHDRAWN
☐ ADV WAIVES/ADMITS TO BE VIOL.
☐ DEV DECLARED A VIOLATOR
☐ DNV DECLARED NOT A VIOLATOR

☐ CO CONTD ON SAME ____ SUSP SENT, DFRD. PROB, BAIL, PR
☐ SR ____ SUSPENDED SENT REMOVED
$ ____ ☐ RV PR REVOKED ☐ BR BAIL REVOKED

5. DISPOSITION/SENTENCING: ☐ RNG CHNG. OF PLEA ☐ RPN DEN. REARRAIGNED
☐ CPE CNDTNL. PLEA ENTRD ☐ CCA CHG. AMNDED W/CONSNT OF DEF.
☐ PSW PRESENT. RPT WAIVED ☐ POR PRESENT. RPT ORDRD ☐ NON NON-JURY TRIAL
☐ PRS PRSNTLY SRVNG ON CS. NO. ____ ☐ TRI JURY TRIAL

JURY SELECT ____ DAYS
TRIAL LENGTH ____ DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ CS CONSECUTIVE ☐ CR CONCURRENT ☐ RETROACTIVE DATE: ____
☐ MIN. STATUTORY DRUG ASSES. ☐ FB DENIAL FED. BENEFITS ☐ SO SEXUAL OFFENDER OTHER:

REMARKS: Judgment should read to Amended Charge
Poss C/S - not poss w/Int deliver
generate new Judgment

☐ HABEAS IN: ____ DATE

☐ ORDER FILE(S): ____ CASE NO.

THE DEFENDANT HAS BEEN COMMITTED TO THE ABOVE INSTITUTION AS COMMANDED

DATE COMMITTED AUTHORIZED OFFICER COMMITTMENT NO.

SR-12 (REV. 11/99) YELLOW - COURT, WHITE - CORRECTIONS, PINK - SCHEDULING, GREEN - PROBATION