UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0120-01ML |
| | ) | |
| JENNIFER BENNETT | ) | |

MOTION FOR SENTENCE CONSIDERATION

Now comes Jennifer Bennett, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is sufficient to comply with 18 U.S.C. § 3553(a). Ms. Bennett proposes a sentence between 36 and 48 months of incarceration, which will be sufficient in this case to satisfy the purposes of sentencing.

Respectfully Submitted
Jennifer Bennett,
By and through her counsel

/s/ Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4281
kevin_fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to James Leavey, Assistant United States Attorney and hand-delivered to Heather McLoughlin, USPO on August 29, 2006.

/s/ Kevin J. Fitzgerald