UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-120ML |
| | ) | |
| JENNIFER BENNETT | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes the accused, Jennifer Bennett, by and through her counsel, and moves this Honorable Court to continue the sentencing in this matter presently scheduled for September 7, 2006 for an additional two weeks. In support of this motion, counsel states that an amended judgment relating to the defendant's state charge is expected to be signed by Judge Lanphere upon his return from vacation on September 5, 2006. The resolution of this state matter will profoundly impact the defendant's career offender designation reflected in the pre-sentence report.

Respectfully Submitted
Jennifer Bennett,
By and through her counsel

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4281
kevin_fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by electronic notification to James Leavey, Assistant United States Attorney and by hand-delivery to Heather McLoughlin, United States Probation Officer on August 31, 2006.

/s/ Kevin J. Fitzgerald