# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR 05-120ML***

RECEIVED

SEP 0 8 2006

US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **JENNIFER BENNETT**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **27th** day of **September, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

*****RESCHEDULED from 9/7/06*****

**I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: September 7, 2006.

David A. DiMarzio, Clerk

Sentencing Hearing

***By*** *Barbara Barletta*
***Barbara Barletta - Deputy Clerk***