CASE NUMBER: **1:05CR00120-01ML** 
DEFENDANT: **JENNIFER BENNETT**

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 80 months as to Counts I and II; both terms to be served concurrently with each other .**

[✓] **The court makes the following recommendations to the Bureau of Prisons:**
**1. That this defendant, when eligible, be considered for placement in the intensive substance-abuse treatment program.**
**2. That this defendant be placed in a facility near Rhode Island in order to maintain contact with her family.**

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-7-06 to FCI Danbury
at 11³⁰ Am, with a certified copy of this judgment.

For B. Clay Warden
UNITED STATES MARSHAL

By [signature]
Deputy United States Marshal
J. Moissonnier
ISO